IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIRIAN SCHVOM, et al.,**<br>    Plaintiffs,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4093** |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 2270,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4105** |
| **ANDREW BEHREND,**<br>    Plainitff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4149** |
| **ROBERT K. ALDERMAN,**<br>    Plainitff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4180** |
| **CYNTHIA B. GOEPEL,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4197** |
| **MARNA BERKMAN,**<br>    Plantiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4362** |

| | |
|---|---|
| **ANDREW SPARK,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4386** |
| **RICHARD KIRSCH, et al.,**<br>    Plaintiffs,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4387** |
| **H.S. SADOW, JR.,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4476** |
| **ERIN FEGAN,**<br>    Plainitffs,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-4530** |
| **SCOTT JACOBS,**<br>    Plainitff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-6797** |
| **SAJ DISTRIBUTORS, INC.,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>    Defendant. | **CIVIL ACTION NO. 02-6993** |

**O R D E R**

**AND NOW,** this 5th day of September, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|      |   |                                                                                    |
|------|---|------------------------------------------------------------------------------------|
| [ ]  | - | Order staying these proceedings pending disposition of a related action.           |
| [ ]  | - | Order staying these proceedings pending determination of arbitration proceedings.  |
| [ ]  | - | Interlocutory appeal filed _____                                                |
| [X]  | - | Other:  See Order of even date.                                                    |

it is

**ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**