IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIRIAN SCHVOM, et al.,**<br>      Plaintiffs,<br>           v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4093** |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 2270,**<br>      Plaintiff,<br>           v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4105** |
| **ANDREW BEHREND,**<br>      Plainitff,<br>           v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4149** |
| **ROBERT K. ALDERMAN,**<br>      Plainitff,<br>           v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4180** |
| **CYNTHIA B. GOEPEL,**<br>      Plaintiff,<br>           v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO. 02-4197** |
| **MARNA BERKMAN,**<br>      Plantiff,<br>           v.<br>**MCNEIL-PPC, INC.**<br>      Defendant. | **CIVIL ACTION NO.  02-4362** |

| | |
|---|---|
| **ANDREW SPARK,**<br>　　Plaintiff,<br>　　　v.<br>**MCNEIL-PPC, INC.**<br>　　Defendant. | **CIVIL ACTION NO. 02-4386** |
| **RICHARD KIRSCH, et al.,**<br>　　Plaintiffs,<br>　　　v.<br>**MCNEIL-PPC, INC.**<br>　　Defendant. | **CIVIL ACTION NO. 02-4387** |
| **H.S. SADOW, JR.,**<br>　　Plaintiff,<br>　　　v.<br>**MCNEIL-PPC, INC.**<br>　　Defendant. | **CIVIL ACTION NO. 02-4476** |
| **ERIN FEGAN,**<br>　　Plainitffs,<br>　　　v.<br>**MCNEIL-PPC, INC.**<br>　　Defendant. | **CIVIL ACTION NO. 02-4530** |
| **SCOTT JACOBS,**<br>　　Plainitff,<br>　　　v.<br>**MCNEIL-PPC, INC.**<br>　　Defendant. | **CIVIL ACTION NO. 02-6797** |
| **SAJ DISTRIBUTORS, INC.,**<br>　　Plaintiff,<br>　　　v.<br>**MCNEIL-PPC, INC.**<br>　　Defendant. | **CIVIL ACTION NO. 02-6993** |

## O R D E R

**AND NOW,** this 5th day of September, 2002, upon consideration of Plaintiffs' Unopposed Motion for Entry of Proposed Case Management Order No. 1 Regarding Consolidation,

Initial Discovery and Stay Pending Appeal, it is hereby **ORDERED** that said Motion is **GRANTED**. and Case Management Order No. 1 (Regarding Consolidation, Initial Discovery and Stay Pending Appeal) is **APPROVED**.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**