IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIRIAN SCHVOM, et al.,**<br>     Plaintiffs,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4093** |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 2270,**<br>     Plaintiff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4105** |
| **ANDREW BEHREND,**<br>     Plainitff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4149** |
| **ROBERT K. ALDERMAN,**<br>     Plainitff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4180** |
| **CYNTHIA B. GOEPEL,**<br>     Plaintiff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4197** |

## O R D E R

**AND NOW**, this 6th day of March, 2003, it is hereby **ORDERED** that counsel shall

report to the court by a single jointly signed submission stating their respective positions regarding the

status of the above captioned matter by **April 6, 2003**. Counsel are requested to discuss settlement with each other and their respective clients before reporting to the court.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**