THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: IMMODIUM ADVANCED ANTITRUST LITIGATION** | CIVIL ACTION Nos.<br>02-4105<br>02-4149<br>02-4180<br>02-4197<br>02-4362<br>02-4386<br>02-4387<br>02-4476<br>02-4530<br>02-6797<br>02-6993 |

**O R D E R**

**AND NOW,** this 26th day of June, 2003, upon consideration of the attached request dated June 25, 2003, it is hereby **ORDERED** that the eleven cases listed above shall be consolidated with Civil Action Number 02-4093 and every pleading filed in the consolidated Immodium Advanced Class Action shall bear the following caption: "In Re: Immodium Advanced Antitrust Litigation.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**