# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | ) ) ) ) | Master File No. 02-4093 |
| This document relates to: | ) ) | |
| SAJ DISTRIBUTORS, INC., Plaintiff, | ) ) ) ) | Case No. 02-CV-6993 |
| vs. | ) ) ) | |
| MCNEIL-PPC, INC., Defendant. | ) ) ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## KENNETH A. WEXLER TO APPEAR *PRO HAC VICE*

Plaintiff, through its counsel, respectfully moves for an order permitting Kenneth A. Wexler, Esquire, to appear in the above-captioned matter, and in support of this motion, avers the following:

1.  Mr. Wexler is a partner at the Wexler Firm, One North LaSalle Street, Suite 2000, Chicago, Illinois 60602. His business telephone number is (312) 346-0022, and his business facsimile number is (312) 346- 0022.

2.  Mr. Wexler graduated from Georgetown Law Center in 1980. He received a Bachelor of Arts degree in 1977 from Washington University in St. Louis, Missouri. He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, United States District Court for the Northern District of Illinois, United States Court of Appeals for the

Seventh Circuit, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Northern District of New Mexico. Mr. Wexler has at all times remained an attorney in good standing in those jurisdictions, and is qualified and licensed to practice in those jurisdictions.

      3.      Counsel for Defendant does not oppose this motion.

WHEREFORE, it is respectfully requested that this Court allow Kenneth A. Wexler to appear *pro hac vice* in the above-captioned matter.

Dated:  July 23, 2003           By:

_____
Michael G. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone:  (717) 892-3000
Facsimile:  (717) 892-1200

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2003 a copy of the foregoing Plaintiff's Unopposed Motion for Kenneth A. Wexler to Appear *Pro Hac Vice* was served via facsimile and first class mail on the following counsel:

>Paul Saint-Antoine, Esquire
>DRINKER, BIDDLE & REATH
>One Logan Square
>18th and Cherry Streets
>Philadelphia, PA  19103
>   **Counsel for Defendant**
>
>Robert P. LoBue, Esquire
>PATTERSON, BELKNAP, WEBB & TYLER, LLP
>1133 Avenue of the Americas
>New York, NY  10036
>   **Counsel for Defendant**
>
>Anthony J. Bolognese, Esquire
>BOLOGNESE & ASSOCIATES, LLC
>One Penn Center
>1617 JFK Boulevard, Suite 650
>Philadelphia, PA  19103
>   **Liaison Counsel for End-Payor Class Actions**

_____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | ) ) ) ) | Master File No. 02-4093 |
| This document relates to: | ) ) | |
| SAJ DISTRIBUTORS, INC., Plaintiff, | ) ) ) | Case No. 02-CV-6993 |
| vs. | ) ) ) | |
| MCNEIL-PPC, INC., Defendant. | ) ) ) | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2003, Plaintiff's Unopposed Motion for Kenneth A. Wexler to Appear *Pro Hac Vice* is GRANTED.

BY THE COURT:

_____
MARVIN KATZ, S.J.