**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

```
_____
                               )
IN RE IMODIUM ADVANCED®        )
ANTITRUST LITIGATION           )   Master File No. 02-4093
_____)
This document relates to:      )
                               )
SAJ DISTRIBUTORS, INC.,        )   Case No. 02-CV-6993
            Plaintiff,         )
                               )
      vs.                      )
                               )
MCNEIL-PPC, INC.,              )
            Defendant.         )
_____)
```

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**MICHAEL L. ROBERTS TO APPEAR *PRO HAC VICE***

Plaintiff, through its counsel, respectfully moves for an order permitting Michael L. Roberts, Esquire, to appear in the above-captioned matter, and in support of this motion, avers the following:

1. Mr. Roberts is a partner at the Roberts Law Firm, 11311 Arcade Drive, Little Rock, Arkansas 72212. His business telephone number is (501) 376-6673 and his business facsimile number is (501) 376-0892.

2. Mr. Roberts is a 1987 graduate of Louisiana State University and 1990 graduate of the University of Arkansas at Little Rock School of Law. He is admitted to practice in Arkansas and the United States District Court for the Eastern District of Arkansas. Mr. Roberts has at all times

remained an attorney in good standing in those jurisdictions, and is qualified and licensed to practice in those jurisdictions.

    3.    Counsel for Defendant does not oppose this motion.

WHEREFORE, it is respectfully requested that this Court allow Michael L. Roberts to appear *pro hac vice* in the above-captioned matter.

Dated: July 23, 2003        By:

        _____
        Michael G. Nast
        RODA & NAST, P.C.
        801 Estelle Drive
        Lancaster, Pennsylvania 17601
        Telephone: (717) 892-3000
        Facsimile: (717) 892-1200

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2003 a copy of the foregoing Plaintiff's Unopposed Motion for Michael L. Roberts to Appear *Pro Hac Vice* was served via facsimile and first class mail on the following counsel:

>Paul Saint-Antoine, Esquire
>DRINKER, BIDDLE & REATH
>One Logan Square
>18th and Cherry Streets
>Philadelphia, PA  19103
>>**Counsel for Defendant**
>
>Robert P. LoBue, Esquire
>PATTERSON, BELKNAP, WEBB & TYLER, LLP
>1133 Avenue of the Americas
>New York, NY  10036
>>**Counsel for Defendant**
>
>Anthony J. Bolognese, Esquire
>BOLOGNESE & ASSOCIATES, LLC
>One Penn Center
>1617 JFK Boulevard, Suite 650
>Philadelphia, PA  19103
>>**Liaison Counsel for End-Payor Class Actions**

_____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | Master File No. 02-4093 |
| This document relates to: | |
| SAJ DISTRIBUTORS, INC., Plaintiff, | Case No. 02-CV-6993 |
| vs. | |
| MCNEIL-PPC, INC., Defendant. | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2003, Plaintiff's Unopposed Motion for Michael L. Roberts to Appear *Pro Hac Vice* is GRANTED.

BY THE COURT:

_____
MARVIN KATZ, S.J.