## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | Master File No. 02-4093 |
| This document relates to: | |
| SAJ DISTRIBUTORS, INC., Plaintiff, | Case No. 02-CV-6993 |
| vs. | |
| MCNEIL-PPC, INC., Defendant. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR DANIEL E. GUSTAFSON TO APPEAR *PRO HAC VICE*

Plaintiff, through its counsel, respectfully moves for an order permitting Daniel E. Gustafson, Esquire, to appear in the above-captioned matter, and in support of this motion, avers the following:

1.  Mr. Gustafson is a partner at Gustafson Gluek, PLLC, 600 Northstar East 608 Second Avenue South, Minneapolis 55402. His business telephone number is (612) 333-8844, and his business facsimile number is (612) 339-6622.

2.  Mr. Gustafson is a graduate of the University of North Dakota and a graduate of the University of Minnesota Law School (J.D. 1989). Mr. Gustafson is admitted to practice in the U.S. District Court for the District of Minnesota, in the U.S. Courts of Appeals for the Eighth and Eleventh

Circuits, and in the United States Supreme Court.  Mr. Gustafson has at all times remained an attorney in good standing in those jurisdictions, and is qualified and licensed to practice in those jurisdictions.

    3.    Counsel for Defendant does not oppose this motion.

WHEREFORE, it is respectfully requested that this Court allow Daniel E. Gustafson to appear *pro hac vice* in the above-captioned matter.

Dated:  July 23, 2003    By:

_____
Michael G. Nast
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone:  (717) 892-3000
Facsimile:  (717) 892-1200

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on July 23, 2003 a copy of the foregoing Plaintiff's Unopposed Motion for Daniel E. Gustafson to Appear *Pro Hac Vice* was served via facsimile and first class mail on the following counsel:

>Paul Saint-Antoine, Esquire
>DRINKER, BIDDLE & REATH
>One Logan Square
>18th and Cherry Streets
>Philadelphia, PA  19103
>  **Counsel for Defendant**
>
>Robert P. LoBue, Esquire
>PATTERSON, BELKNAP, WEBB & TYLER, LLP
>1133 Avenue of the Americas
>New York, NY  10036
>  **Counsel for Defendant**
>
>Anthony J. Bolognese, Esquire
>BOLOGNESE & ASSOCIATES, LLC
>One Penn Center
>1617 JFK Boulevard, Suite 650
>Philadelphia, PA  19103
>  **Liaison Counsel for End-Payor Class**
>  **Actions**

_____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | Master File No. 02-4093 |
| This document relates to: | |
| SAJ DISTRIBUTORS, INC., Plaintiff, | Case No. 02-CV-6993 |
| vs. | |
| MCNEIL-PPC, INC., Defendant. | |

# [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2003, Plaintiff's Unopposed Motion for Daniel E. Gustafson to Appear *Pro Hac Vice* is GRANTED.

BY THE COURT:

_____
MARVIN KATZ, S.J.