UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | Master File No. 02cv4093 |
| THIS DOCUMENT RELATES TO: | |
| *Erin M. Fegan v. McNeil-PPC, Inc.*, Civil Action No. 02-4530 | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: *See* Attached Service List

Kenneth A. Wexler, Esq. and Elizabeth Fegan Hartweg, Esq., of The Wexler Firm, hereby submit this Notice of Withdrawal of Counsel. Plaintiff Erin Fegan is adequately represented by other counsel, including but not limited to Ira Richards of Trujillo, Rodriguez & Richards, LLC.

DATED: August 12, 2003

Respectfully submitted,

THE WEXLER FIRM

By: _____
Kenneth A. Wexler
Elizabeth Fegan Hartweg
The Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, IL 60602
Tel: (312) 346-2222
Fax: (312) 346-0022

## CERTIFICATE OF SERVICE

I, Elizabeth Fegan Hartweg, hereby certify that I caused copies of the foregoing Notice of to Withdrawal of Counsel to be served on:

*Counsel for Defendants:*

Paul Saint-Antoine
**DRINKER, BIDDLE & REATH**
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

Robert P. LoBue
**PATTERSON, BELKNAP, WEBB & TYLER, LLP**
1133 Avenue of the Americas
New York, NY 10036

*Counsel for Plaintiffs:*

J. Douglas Richards
Michael M. Buchman
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119

Natalie Finkelman Bennett
**SHEPHERD & FINKELMAN, LLC**
117 Gayley Street, Suite 200
Media, PA 19063

Marc H. Edelson
**HOFFMAN & EDELSON, LLC**
45 West Court Street
Doylestown, PA 18901

Joseph P. Saveri
Eric B. Fastiff
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
Edward Notargiacomo
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston MA 02110

Robert G. Eisler
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
780 Third Avenue, 48th Floor
New York, NY 10017-2024

Ira N. Richards
Kenneth I. Trujillo
Peter D. Winebrake
Janice Serrano
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

Anthony J. Bolognese
**BOLOGNESE & ASSOCIATES, LLC**
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103

Richard D Greenfield
**GREENFIELD & GOODMAN, LLC**
24579 Deep Neck Road
Royal Oak, MD 21662

Lester L. Levy
Jason L. Solotaroff
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022

Jonathan Shub
**SHELLER, LUDWIG & BADEY, P.C.**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

Arnold Levin
Laurence S. Berman
Daniel Levin
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Linda Nussbaum
Jacqueline E. Bryks
**COHEN MILSTEIN HAUSFELD & TOLL, PLLC**
825 Third Avenue 30th Floor
New York, NY 10022-7519

Michael L. Roberts
**ROBERTS, ROBERTS & RUSSELL, PPA.**
200 Lyon Building
401 West Capitol
Little Rock, AR 72201

Ann D. White
Jayne A. Goldstein
Michael J. Kane
**MAGER WHITE & GOLDSTEIN, LLP**
The Pavilion
261 Old York Road, Suite 810
Jenkintown, PA 19046

Samuel D. Heins
Stacey L. Mills
**HEINS MILLS & OLSON, PLC**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Krishna B. Narine
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Mary Jane Edelstein Fait
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC**
656 West Randolph Street, Suite 500W
Chicago, IL 60661

Dianne M. Nast
Michael G. Nast
**RODA & NAST P.C.**
801 Estelle Drive
Lancaster, PA 17601

by causing same to be deposited in the United States mail at One North LaSalle Street, Chicago, Illinois 60602, postage prepaid, on Tuesday, August 12, 2003.

_____
Elizabeth Fegan Hartweg