UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE IMODIUM ADVANCED® ANTITRUST LITIGATION | Master File No.: 02-4093 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

FILED
SEP - 8 2003
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

## JOINT STATUS REPORT

On September 6, 2002 this Court entered Case Management Order Number 1, which, with certain exceptions regarding document discovery, stayed proceedings in this Consolidated Imodium Advanced® Class Action until the date on which the United States Court of Appeals for the Federal Circuit issued a mandate in connection with the appeal from the underlying patent litigation in <u>McNeil-PPC, Inc. v. L. Perrigo Company</u>. On August 22, 2003, the Federal Circuit issued the mandate referenced in Case Management Order Number 1.

In light of the Federal Circuit's ruling in the underlying patent litigation, the plaintiffs intend to file notices of voluntary dismissals without prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Anthony Bolognese
Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Tel. (215) 814-6750
Fax. (215) 814-6764

*Plaintiffs' Liaison Counsel*
*(End Payor Class Actions)*

By: /s/ Paul Saint-Antoine
Paul Saint-Antoine
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
Tel. (215) 988-2700
Fax: (215) 988-2757

*Attorneys for Defendants*

Of Counsel

Robert P. LoBue
PATTERSON, BELKNAP, WEBB
  & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222

By: /s/ Dianne M. Nast
Dianne M. Nast
RODA & NAST P.C
801 Estelle Drive
Lancaster, PA 17601
Tel.: (717) 892-3000
Fax: (717) 892-1200

*Attorneys for Direct Purchaser Plaintiff*

Dated: September 5, 2003