THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMMODIUM ADVANCED ANTITRUST LITIGATION | Master File No. 02-4093 |

**O R D E R**

**AND NOW,** this 10th day of September, 2003, upon consideration of Joint Status Report (document no. 23), it is hereby **ORDERED** that this case is **DISMISSED** without prejudice pursuant to Rule 41 with each party to bear its own costs and attorneys' fees.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**